*In re* PETITION OF AUDITOR GENERAL.

TAXATION—TAX SALE—VALIDITY OF TAX—FAILURE TO PAY PEND-
ING APPEAL—APPEAL AND ERROR—STATUTES.
  Where taxpayer, appealing from decree in circuit court sustain-
  ing validity of disputed tax, failed to obey mandatory pro-
  visions of statute requiring payment of tax to county treas-
  urer, to be held pending decision in Supreme Court, appeal
  is dismissed (1 Comp. Laws 1929, § 3459).

Appeal from Ogemaw; Smith (Guy E.), J. Sub-
mitted October 18, 1932. (Docket No. 124, Calen-
dar No. 36,784.)   Decided December 6, 1932.

Petition of Auditor General for sale of certain
lands for 1929 taxes. Hydro Land Company filed
objections to the sale thereof. From decree order-
ing sale, objector appeals. Appeal dismissed.

*Wilson & Hoffman,* for appellant.

*Paul W. Voorhies,* Attorney General, and *Hugh
E. Wilson,* Assistant Attorney General, for appel-
lee.

BUTZEL, J. This is a companion case to two
others in which the auditor general of the State of
Michigan petitioned the circuit court of Ogemaw
county to sell certain lands for taxes. See the opin-
ions in *Re Petition of Auditor General, ante,* 578,
for the sale of certain lands for the taxes assessed
thereon for the year 1927; and in *Re Petition of
Auditor General, ante,* 584, for the sale of certain
lands for the taxes assessed thereon for the year
1928.

The instant petition, however, refers to taxes assessed against certain lands for the year 1929. The Hydro Land Company, the objector, attacks certain assessments, and has appealed from the order of the circuit court upholding their validity. Objector has totally disregarded and failed to comply with the mandatory provisions of section 67 of the general tax law (1 Comp. Laws 1929, § 3459), which requires one desiring to appeal from a decree upholding the validity of a disputed tax to pay the amount of the tax found due to the county treasurer within 10 days after the date of the decree, he to retain it until the decision of this court, and, if the tax is held invalid, to return it to the appellant. *In re Petition of Auditor General,* 252 Mich. 367.

For this reason, the appeal is dismissed, without costs.

CLARK, C. J., and MCDONALD, POTTER, SHARPE, NORTH, FEAD, and WIEST, JJ., concurred.